## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re TYLER LINN WOODS** | Case No. 1:18-mc-00157 (TNM) |

## ORDER

On October 15, 2018, Tyler Linn Woods, juror number 1320 in the criminal case *United States of America v. Tai Tan Nguyen*, 1:17-cr-00238, failed to appear for *voir dire* as required by the Jury Office and the Courtroom Deputy's instructions. Accordingly, it is hereby **ORDERED** that the Jury Office shall place Ms. Woods in another selection panel for potential jury service.

**SO ORDERED.**

Dated: October 29, 2018

TREVOR N. MCFADDEN
United States District Judge